**Carlos Valentine CAMPOS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 1340–91.**

Court of Criminal Appeals of Texas, En Banc.

Jan. 8, 1992.

Discretionary Review Refused
Jan. 8, 1992.

Tom Zakes, Houston, for appellant.

John B. Holmes, Jr., Dist. Atty., Timothy G. Taft, Linda A. West and Luci Davidson, Asst. Dist. Attys., Houston, Robert Huttash, State's Atty., Austin, for the State.

OPINION DISSENTING TO THE DENIAL OF STATE'S PETITION FOR DISCRETIONARY REVIEW

OVERSTREET, Judge.

Upon reexamination of our recent opinion in *Lemmons v. State,* 818 S.W.2d 58 (Tex.Cr.App.1991), I am of the opinion that the trial courts and lawyers may be uncertain as to whether a criminal defendant who pleads guilty to a misdemeanor pursuant to a plea bargain agreement has a right to pursue an appeal. Because the State now asks that very question in the instant petition for discretionary review, I strongly believe that said petition should be granted to answer the question. Because the Court chooses to refuse to grant said petition, I respectfully dissent to that action.